**BOARD OF TRUSTEES of the FIRE-MAN'S RELIEF and PENSION FUND v. THOMAS.**

No. 13245—Opinion Filed Dec. 9, 1924.

Commissioners' Opinion, Division No. 1.

Error from District Court, Oklahoma County; George W. Clark, Judge.

Action between Board of Trustees of the Fireman's Relief and Pension Fund and Lee L. Thomas. From the judgment, the former appeals. Reversed and remanded.

John Frank Martin, Municipal Counselor, and D. B. Welty, R. E. Wood, and R. E. Lee, Asst. Municipal Counselors, for plaintiff in error.

Opinion by RAY, C. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendant in error to comply with Rule 7 of this court.

By the Court: It is so ordered.